# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| DONAT RICKETTS, | ) | No. CV 19-4088-ODW (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| RUTH ANN KWAN, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that this action is dismissed without leave to amend, and Judgment is entered dismissing this action without prejudice for lack of subject matter jurisdiction.

DATED: __August 23, 2019___

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE